·GEORGE H. FARRIER, PLAINTIFF IN ERROR, v. THE STATE EX REL., HUGH DUGAN, DEFENDANT IN ERROR.

In error to the Supreme Court. For opinion of Supreme Court, see 18 *Vroom* 383.

For the plaintiff in error, *R. B. Seymour.*

For the defendant in error, *A. L. McDermott.*

PER CURIAM. The judgment in this case should be affirmed, for the reasons given by the Supreme Court in its opinion.

*For affirmance*—THE CHANCELLOR, DEPUE, KNAPP, ·SCUDDER, BROWN, CLEMENT, McGREGOR, PATERSON, WHITAKER. 9.

*For reversal*—None.